**DISMISS and Opinion Filed August 29, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

No. 05-22-00472-CV
_____

**BRUCE DWAIN COPELAND, Appellant**
**V.**
**31 CONTRACTING, LLC, MIC GENERAL INSURANCE CORP.,**
**BANK OF AMERICA, JEFFREY DOBBINS, DEVPRO COMMERCIAL**
**CONTRACTOR, INC., AND DEVPROTEX, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08292**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant, a vexatious litigant subject to a prefiling order, filed this appeal without an order from the local administrative judge granting him permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, we directed appellant to file a copy of the order granting him permission. *See id.* § 11.1035(b). Although we cautioned appellant that failure to comply within ten days would result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not responded. *See id.*

We, therefore, dismiss the appeal.  *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220472F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRUCE DWAIN COPELAND,
Appellant

No. 05-22-00472-CV     V.

31 CONTRACTING, LLC, MIC
GENERAL INSURANCE CORP.,
BANK OF AMERICA, JEFFREY
DOBBINS, DEVPRO
COMMERCIAL CONTRACTOR,
INC., AND DEVPROTEX, LLC,
Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-08292.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is ORDERED that appellees 31 CONTRACTING, LLC, MIC GENERAL INSURANCE CORP., BANK OF AMERICA, JEFFREY DOBBINS, DEVPRO COMMERCIAL CONTRACTOR, INC., AND DEVPROTEX, LLC recover their costs of this appeal from appellant BRUCE DWAIN COPELAND.

Judgment entered August 29, 2022